UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CR18 CDP |
| | ) |
| TONIE S. JORDAN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on defendant Tonie S. Jordan's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Mary Ann L. Medler. Judge Medler held an evidentiary hearing on February 22, 2007, and thereafter filed her Report and Recommendation, which recommended that the motion be denied. Defendant has not filed objections, and his time for doing so has passed.

After fully considering the motions and the Report and Recommendation, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Medler set forth in support of her recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#22] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#19] is denied.

**IT IS FURTHER ORDERED** that this case is the only case remaining on the Court's April 9, 2007 trial docket. Counsel and defendant shall be present in the courtroom for a final pretrial conference at **8:30 a.m. on Monday, April 9, 2007**, so that jury selection can begin promptly at 9:00 a.m.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2006.